UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY MORENO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BIG LOTS STORES, INC., an Ohio corporation; AVDC, INC., an Ohio corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-01322 JGB (SPx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the Parties' Joint Stipulation to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Parties' Stipulation is GRANTED.

It is hereby ORDERED that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 5, 2023

The Honorable Jesus G. Bernal
United States District Judge